# United States Bankruptcy Court
**Northern District of Illinois, Eastern Division**

| | | |
|---|---|---|
| IN RE:   Lorance E Fountila | ) | Chapter 13 |
| | ) | Case No. 17 B 17438 |
| Debtor(s) | ) | Judge A. Benjamin Goldgar |

## Notice of Motion

Lorance E Fountila
5346 S Carpenter
Apt. 2
Chicago, IL  60609-6044

Debtor Attorney: David M Siegel
via Clerk's ECF noticing procedures

On November 19, 2019 at 10:00 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 642
> Chicago, IL  60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Saturday, November 9, 2019.

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c] [6], stating:

On June 07, 2017, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on August 01, 2017, for a term of 36 months with payments of $295.00.

The status of the debtor's plan is:

| Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|
| 29 | $7,105.00 | $6,225.00 | $880.00 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 11/08/2019
Due Each Month: $295.00
Next Pymt Due: 12/07/2019

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 09/24/2018 | 23607971605 | $275.00 | 10/11/2018 | 25384000206 | $315.00 |
| 11/05/2018 | 25218037361 | $295.00 | 12/07/2018 | 25585320521 | $295.00 |
| 02/26/2019 | 25613482061 | $200.00 | 02/26/2019 | 25613482072 | $295.00 |
| 04/05/2019 | 25384001703 | $295.00 | 05/22/2019 | 25384002254 | $295.00 |
| 07/11/2019 | 23607970446 | $100.00 | 07/11/2019 | 23607970435 | $295.00 |
| 08/08/2019 | 25618451095 | $295.00 | 09/11/2019 | 23607972404 | $295.00 |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL  60604
(312)431-1300

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE